

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 18, 2019

**VIA EMAIL & FILED UNDER SEAL**

The Honorable Katharine Parker
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

*Application Granted.*
*Bail conditions so modified.*
*Katharine H Parker  11-19-19*
*USMJ*

Re: *United States v. Seth Fishman*, 19 Mag. 10120

Dear Judge Parker:

    The Government writes with defense counsel's consent to request a modification to the bond conditions imposed for defendant Seth Fishman in the above-captioned matter. The parties had initially agreed upon a bond condition specifying that the defendant would avoid all contact with victims of, or witnesses to, the crimes charged, except through counsel. Upon further discussion with defense counsel, the Government respectfully requests that the Court amend this condition to restrict the defendant from discussing his ongoing criminal case with any person outside the presence of defense counsel in the above-captioned matter.

    The Government further requests that this letter be filed under seal in the above-captioned matter, pursuant to the Court's sealing order.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Sarah Mortazavi
Assistant United States Attorney
(212) 637-2520

cc: Andrew Feldman, Esq. (by Email)